# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158711(91)(92)(93)(94)

TUDOR INSURANCE COMPANY,
          Plaintiff/Counterdefendant/
          Cross-Defendant-Appellee,
and

CARMEN OTERO, by Guardian WANDA RUIZ,
          Intervening Plaintiff/Cross-Plaintiff-
          Appellant,

v

PM SERVICES, INC., formerly known as
ALTMAN MANAGEMENT COMPANY,
          Defendant/Counterplaintiff/
          Cross-Plaintiff,
and

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA,
          Defendant/Cross-Defendant-
          Appellee.
_____/

SC: 158711
COA: 335841
Wayne CC: 13-010270-CK

On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys Matthew J. Fink, Joel M. Graczyk, Ian A. Cooper, and Kimberly A. Hartman to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2019



Clerk